UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>                            Defendants. | Civil Action No: 08 Civ. 2804 (VM)<br><br>ELECTRONICALLY FILED |

[additional captions appear on next page]

## CERTIFICATE OF SERVICE

                                          Lester L. Levy, Esq.
                                          Andrew Lencyk, Esq.
                                          James Kelly-Kowlowitz
                                          **WOLF POPPER LLP**
                                          845 Third Avenue
                                          New York, New York 10022
                                          Telephone: (212) 759-4600
                                          Facsimile: (212) 486-2093

                                          Steve W. Berman, Esq.
                                          Andrew M. Volk, Esq.
                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                          1301 Fifth Avenue, Suite 2900
                                          Seattle, Washington 98101
                                          Telephone: (206) 623-7292
                                          Facsimile: (206) 623-0958

                                          Proposed Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE BEAR STEARNS COMPANIES, INC., CUSTODIAL TRUST COMPANY, JAMES CAYNE, ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL MOLINARO, ALAN GREENBERG, and JOHN DOES 1 - 20,<br><br>                Defendants. | Civil Action No: 08 Civ. 2870 (UA) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | Civil Action No: 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>                Defendants. | Civil Action No: 08 Civ. 3035 (UA) |

| | |
|---|---|
| IRA GERWITZ, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3089 (UA) |

I, James Kelly-Kowlowitz, hereby certify that on March 28, 2008, I caused a true and correct copy of the following documents to be served U.S. first class mail on the parties identified on the attached service list:

1. *WEBER* PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) CONSOLIDATION (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

2. *WEBER* PLAINTIFFS' [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING ACTIONS, APPOINTING INTERIM LEAD PLAINTIFFS, AND ESTABLISHING INTERIM LEADERSHIP STRUCTURE

3. *WEBER* PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

4. DECLARATION OF LESTER L. LEVY IN SUPPORT OF *WEBER* PLAINTIFFS' MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

5. DECLARATION OF STEVE W. BERMAN IN SUPPORT OF *WEBER* PLAINTIFFS' MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE, AND (3) ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1

_____
James Kelly-Kowlowitz

# THE BEAR STEARNS COMPANIES, ET AL. ERISA LITIGATION
## SERVICE LIST

Jeffrey H. Squire, Esq.
**BRAGAR WEXLER & EAGEL, PC**
885 Third Avenue, Suite 3040
New York, NY 10022

Counsel for Hans Menos

Steven Rabin, Esq.
Joseph V. McBride, Esq.
**RABIN & PECKEL LLP**
275 Madison Avenue, Suite 420
New York, NY 10016

Counsel for Hans Menos

Joseph II. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark, K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
**SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP**
280 Radnor Avenue
Philadelphia, PA 19087

Counsel for Aaron Howard

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98121

Counsel for Plaintiffs Anthony Pisano and Ira Gewirtz

Brad Scott Karp, Esq.
**PAUL WEISS RIFKIN WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

Counsel for The Bear Stearns Companies Inc.

Milo Silberstein, Esq.
William J. Dealy, Esq.
**DEALY & SILBERSTEIN, LLP**
225 Broadway, Suite 1405
New York, NY 10007

Counsel for Aaron Howard

Steven J. Greenfogel, Esq.
**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**
1521 Locust Street, 8th Floor
Philadelphia, PA 19107

Counsel for Plaintiffs Anthony Pisano and Ira Gewirtz

Robert A. Skirnick, Esq.
**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**
One Liberty Plaza, 35th Floor
New York, NY 10006

Counsel for Plaintiffs Anthony Pisano and Ira Gewirtz

Doc. 160280

James Cayne
The Bear Stearns Companies Inc.
320 Park Avenue
New York, New York 10022

Warren Spector
The Bear Stearns Companies Inc.
320 Park Avenue
New York, New York 10022

Alan Greenberg
The Bear Stearns Companies Inc.
320 Park Avenue
New York, New York 10022

Alan Schwartz
The Bear Stearns Companies Inc.
320 Park Avenue
New York, New York 10022

Samuel Molinaro
The Bear Stearns Companies Inc.
320 Park Avenue
New York, New York 10022

Custodial Trust Company
101 Carnegie Center
Princeton, NJ 08540

Doc. 160280