## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No: 08 Civ. 2804 (RWS)(HBP) <br><br> ELECTRONICALLY FILED |

[additional captions appear on next page]

## CERTIFICATE OF SERVICE

Lester L. Levy, Esq.
Andrew Lencyk, Esq.
James Kelly-Kowlowitz
**WOLF POPPER LLP**
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0958

Proposed Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES, INC., CUSTODIAL TRUST COMPANY, JAMES CAYNE, ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL MOLINARO, ALAN GREENBERG, and JOHN DOES 1 - 20,<br><br>                Defendants. | Civil Action No: 08 Civ. 2870 (RWS)(JCF) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | Civil Action No: 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | Civil Action No: 08 Civ. 3035 (RWS)(HBP) |

| | |
|---|---|
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>      v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3089 (RWS)(JCF) |
| DREW V. LOUNSBURY, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>      vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN C. GREENBERG, ALAN D. SCHWARTZ, PAUL A. NOVELLY, FRANK T. NICKELL, FREDERICK V. SALERNO, VINCENT TESE, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>      v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 3334 (RWS)(HBP) |

| | |
|---|---|
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No: 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3441 (UA) |
| LAWRENCE FINK, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Civil Action No: 08 Civ. 3602 (UA) |

I, James Kelly-Kowlowitz, hereby certify that on April 18, 2008, I caused a true and correct copy of the following documents to be served U.S. first class mail on the parties identified on the attached service list:

1.  *WEBER* PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION

2.  DECLARATION OF ANDREW E. LENCYK IN SUPPORT OF *WEBER* PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION

James Kelly-Kowlowitz

## THE BEAR STEARNS COMPANIES, ET AL. ERISA LITIGATION
## SERVICE LIST

Jeffrey H. Squire, Esq.
**BRAGAR WEXLER & EAGEL, PC**
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462

*Counsel for Plaintiff Hans Menos*

Brad Scott Karp, Esq.
Lewis R. Clayton
Douglas M. Pravda, Esq.
**PAUL WEISS RIFKIN WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bearn Stearns
Companies Inc., Executive Committee, and
Custodial Trust Company*

I. Stephen Rabin, Esq.
Joseph V. McBride, Esq.
**RABIN & PECKEL LLP**
275 Madison Avenue, Suite 420
New York, NY 10016
Tel: (212) 880-3722
Fax: (212) 880-3716

*Counsel for Plaintiff Hans Menos*

Paul J. Ondrasik, Jr.
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington DC 20036
Tel: (202) 429-8088
Fax: (202) 429-3902

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bearn Stearns
Companies Inc., Executive Committee, and
Custodial Trust Company*

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
**SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP**
280 Radnor Avenue
Philadelphia, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff Aaron Howard*

Milo Silberstein, Esq.
William J. Dealy, Esq.
**DEALY & SILBERSTEIN, LLP**
225 Broadway, Suite 1405
New York, NY 10007
Tel: (212) 385-0066
Fax: (212) 385-2117

*Counsel for Plaintiffs Aaron Howard and
Shelden Greenberg*

Doc. 159039

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98121
Tel: (206) 623-7292
Fax: (206) 623-0594

*Counsel for Plaintiffs Anthony Pisano, Ira
Gewirtz, and Rita Rusin*

Steven J. Greenfogel, Esq.
**MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.**
1521 Locust Street, 8th Floor
Philadelphia, PA 19107
Tel: (215) 564-5182
Fax: (215) 569-0958

*Counsel for Plaintiffs Anthony Pisano, Ira
Gewirtz, and Rita Rusin*

Jules Brody, Esq.
Edwin J. Mills, Esq.
**STULL STULL & BRODY**
6 East 45th Street
New York, New York 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Plaintiff Drew V. Lounsbury*

Robert A. Skirnick, Esq.
**MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.**
One Liberty Plaza, 35th Floor
New York, NY 10006
Tel: (212) 240-0020
Fax: (212) 240-0021

*Counsel for Plaintiffs Anthony Pisano, Ira
Gewirtz, and Rita Rusin*

Lynn L. Sarko, Esq.
Derek W. Loeser, Esq.
Erin M. Riley, Esq.
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

*Counsel for Plaintiff Shelden Greenberg*

Gary S. Graifman, Esq.
Michael L. Braunstein, Esq.
Reginald H. Rutishauser, Esq.
**KANTROWITZ GOLDHAMER &
GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Fax: (845) 356-4335

*Counsel for Plaintiff Drew V. Lounsbury*

Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
Eben F. Duval
**JOHNSON & PERKINSON**
1690 Williston road
P.O. Box 2305
South Burlington, VT 05043
Tel: (802) 862-0030
Fax: (802) 862-0060

*Counsel for Plaintiff Scott Wettersten*

Ralph M. Stone, Esq.
James P. Bonner, Esq.
Thomas G. Ciarlone, Jr., Esq.
**SHALOV STONE BONNER & ROCCO
LLP**
485 Seventh Avenue, Suite 1000
New York, New York 10018
Tel: (212) 239-4340
Fax: (212) 239-4310

*Counsel for Plaintiff Scott Wettersten*

Barry H. Berke
David S. Frankel
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

*Counsel for Defendant James Cayne*

Jay Kasner
**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**
4 Times Square
New York, New York 10036
Tel:(212) 735-3000
Fax: (212) 735-2000

*Counsel for Defendant Alan Schwartz*

Michael Chepiga
**SIMPSON THACHER &
BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Samuel Molinaro*

Ronald Richman
Alan Glickman
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Defendant Alan Greenberg*

Doc. 159039

Lawrence D. Pedowitz
David B. Anders
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000
Fax: (212) 403-2000

*Counsel for Defendant Warren Spector*

Steven Molo
**SHEARMAN & STERLING**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Counsel for Defendant Jeffrey Mayer*

Doc. 159039