## CERTIFICATE OF SERVICE

     I hereby certify that on this date that a true and correct copy of the foregoing Plaintiffs Aaron Howard and Shelden Greenberg's Submission Regarding Defendants' Response to Motions for Consolidation was served on the following via the Court's ECF filing system.

| | |
|---|---|
| **WOLF POPPER LLP** | **MEREDITH COHEN GREENFOGEL& SKIRNICK, P.C.** |
| Marion P. Rosner | |
| Andrew Lencyk | Robert A. Skirnick |
| James Kelly-Kowlowitz | One Liberty Plaza, 35th Floor |
| 845 34rd Avenue | New York, NY 10006 |
| New York, NY 10022 | Telephone:  (212) 624-0020 |
| Telephone:  (212) 759-4600 | Facsimile:  (212) 240-0021 |
| *Counsel for Plaintiff Estelle Weber* | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | Steve W. Berman |
| | Andrew M. Volk |
| | 1301 Fifth Avenue, Suite 2900 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile:  (206) 623-0594 |
| | Email:  steve@hbsslaw.com |
| |        andrew@hbsslaw.com |
| | **MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.** |
| | Steven J. Greenfogel |
| | 1521 Locust Street, 8th Floor |
| | Philadelphia, PA 19102 |
| | Telephone:  (215) 564-5182 |
| | Facsimile:  (215) 569-0958 |
| | *Counsel for Plaintiff Ira Gewirtz and for Plaintiff Anthony Pisano* |

**RABIN & PECKEL LLP**

I. Stephen Rabin
Joseph V. McBride
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Facsimile: (212) 880-3716

*Counsel for Plaintiff Hans Menos*

**OF COUNSEL:**

**BRAGAR WEXLER & EAGEL, PC**
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462

**PAUL, WEISS, RIFIKIND, WHARTON & GARRISON, LLP**

Lewis Richard Clayton
Brad Scott Karp
Douglas M. Pravda
1286 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3215
Facsimile: (212) 373-2070
lclayton@paulweiss.com

*Counsel for Defendant The Bear Stearns Companies, Inc.*

**SHALOV STONE BONNER & ROCCO LLP**

Ralph M. Stone
James P. Bonner
Thomas G. Ciarlone, Jr.
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**JOHNSON & PERKINSON**

Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
Eben F. Duval
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Counsel for Plaintiff Scott Wetterson*

**STULL STULL & BRODY**

Edwin J. Mills
6 East 45th Street, 5th Floor
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
ssbny@aol.com

*Counsel for Plaintiff Drew V. Lounsbury*

/s/
Milo Silberstein