# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3006                                                        Date Filed: _____

Plaintiff:
**ANTHONY PISANO, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **THE BEAR STEARNS COMPANIES, INC., 320 Park Avenue, New York, NY 10022**.

I, Simon Kahn, being duly sworn, depose and say that on the **3rd day of April, 2008 at 11:30 am, I:**

Personally delivered a true copy of the **Summons & Complaint** to Sharon D. Ceres, legal dep't., authorized to accept. and that said documents were in actuality delivered to the business at the location stated above.

**Additional Information pertaining to this Service:**
320 Park Avenue is the location for service via the Legal Dep't.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'6",  Weight: 130,  Hair: Brown,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____4/16/08_____
                         DATE

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000226

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3006

Date Filed: _____

Plaintiff:
**ANTHONY PISANO, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **JAMES E. CAYNE, The Bear Stearns Companies, Inc., 320 Park Avenue, New York, NY 10022**.

I, Simon Kahn, being duly sworn, depose and say that on the **3rd day of April, 2008 at 11:30 am, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to sharon D. Ceres, legal dep't., authorized to accept on Mr. Cayne's behalf, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
320 Park Avenue is the location for service via the Legal Dep't.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____7/16/08_____
DATE

Simon Kahn
Process Server

**ASK Litigation Support, Inc.**
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000228

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3006                                                    Date Filed: _____

Plaintiff:
**ANTHONY PISANO, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **ALAN D. SCHWARTZ, The Bear Stearns Companies, Inc., 320 Park Avenue, New York, NY 10022**.

I, Simon Kahn, being duly sworn, depose and say that on the **3rd day of April, 2008 at 11:30 am, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to Sharon D. Ceres, legal dep't., authorized to accept for Mr. Scheartz's behalf, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
320 Park Avenue is the location for service via the Legal Dep't.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____4/16/08_____
                      DATE

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000227

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3006

Date Filed: _____

**Plaintiff:**
**ANTHONY PISANO**, individually and on behalf of all others similarly situated

vs.

**Defendant:**
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **WARREN J. SPECTOR, The Bear Stearns Companies, Inc., 320 Park Avenue, New York, NY 10022.**

I, Simon Kahn, being duly sworn, depose and say that on the **3rd day of April, 2008** at **11:30 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to Sharon D. Ceres, legal dep't., authorized to accept on Mr. Spector's behalf, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
320 Park Avenue is the location for service via the Legal Dep't.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____4/16/08_____
DATE

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000230

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3006                                    Date Filed: _____

Plaintiff:
**ANTHONY PISANO, individually and on behalf of all others similarly situated**

vs.

Defendant:
**THE BEAR STEARNS COMPANIES, INC., et al.**

Received by ASK Litigation Support, Inc. to be served on **SAMUEL J. MOLINARO, JR., The Bear Stearns Companies. Inc., 320 Park Avenue, New York, NY 10022.**

I, Simon Kahn, being duly sworn, depose and say that on the **3rd day of April, 2008 at 11:30 am, I:**

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to Sharon D. Ceres, legal dep't., authorized to accept on Mr. Molinaro's behalf, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
320 Park Avenue is the location for service via the Legal Dep't.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: _____4/16/08_____
                   DATE

Simon Kahn
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000229

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 3006

Date Filed: _____

Plaintiff:
ANTHONY PISANO, individually and on behalf of all others similarly situated

vs.

Defendant:
THE BEAR STEARNS COMPANIES, INC., et al.

Received by ASK Litigation Support, Inc. to be served on **ALAN C. GREENBERG, The Bear Stearns Companies, Inc., 320 Park Avenue, New York, NY 10022.**

I, Simon Kahn, being duly sworn, depose and say that on the **3rd day of April, 2008 at 11:30 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint** to Sharon D. Ceres, legal dep't., authorized to accept on Mr. Greenberg's behalf, who was served in hand at the actual place of business, indicated above.

**Additional Information pertaining to this Service:**
320 Park Avenue is the location for service via the Legal Dep't.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct:

Executed on: __4/16/08__
DATE

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000231

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j