UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IRA GEWIRTZ, individually and on behalf
of all others similarly situated,

                      Plaintiff,

    v.

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG,
and JOHN AND JANE DOES 1-20,

                      Defendants.
------------------------------------------------------------x

No. 08 Civ. 3089 (RWS) (JCF)

[PROPOSED] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

AND NOW, this ___ day of _____, 2008, upon consideration of the motion of Plaintiff Ira Gewirtz for the *pro hac vice* admission of Steve W. Berman and Andrew M. Volk, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, IT IS HEREBY ORDERED that said motion is GRANTED and Mr. Berman and Mr. Volk are hereby admitted to this Court for the purpose of appearing in the above-captioned action as well as the related actions Anthony Pisano v. The Bear Stearns Companies, et al. (08 cv 3006), Rita Rusin v. The Bear Stearns Companies, et al. (08 cv 3441), and Lawrence Fink v. The Bear Stearns Companies, et al. (08 cv 3602), as counsel for Plaintiffs in each of the respective cases.

                                            _____
                                            ROBERT W. SWEET
                                            UNITED STATES DISTRICT COURT JUDGE