UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANTHONY PISANO,
Individually and On Behalf of All Others    :    **ELECTRONICALLY FILED**
Similarly Situated
                                            :    08 CV 3006 (RWS)
                    Plaintiff,
                                            :
        - against -                              **NOTICE OF APPEARANCE**
                                            :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                     :

                    Defendants.             :
------------------------------------x


      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                              /s/ Jay B. Kasner
                                          Jay B. Kasner
                                          SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                          (Jay.Kasner@skadden.com)
                                          Four Times Square
                                          New York, New York 10036
                                          (212) 735-3000

                                          Attorneys for Defendant
                                            Alan D. Schwartz

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

By First-Class Mail

Steven W. Berman
Andrew M. Volk
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101

Thomas G. Ciarlone, Jr.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018

Dated: New York, New York
       May 12, 2008

_____
Steven Ray Katzenstein