UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY PISANO,
Individually and On Behalf of All Others          :
Similarly Situated

                                                 :

                               Plaintiff,

                                                 :

             - against -

                                                 :

THE BEAR STEARNS COMPANIES, INC.,
et al.,                                           :

                            Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ELECTRONICALLY FILED**

08 CV 3006 (RWS)

NOTICE OF APPEARANCE

 

Please take notice that the undersigned, of the law firm of Skadden, Arps,

Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for

Alan D. Schwartz.

Dated:    New York, New York
           May 12, 2008

                                                       /s/ Susan L. Saltzstein
                                             Susan L. Saltzstein
                                           SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                           (Susan.Saltzstein@skadden.com)
                                           Four Times Square
                                           New York, New York 10036
                                           (212) 735-3000

                                           Attorneys for Defendant
                                           Alan D. Schwartz

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- ***Notices of Appearance***

to be served upon the following party as indicated:

<u>By First-Class Mail</u>

Steven W. Berman
Andrew M. Volk
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101

Thomas G. Ciarlone, Jr.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018

Dated: New York, New York
　　　　May 12, 2008

　　　　　　　　　　　　　　　　Steven Ray Katzenstein