Ronald E. Richman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Defendant Alan C. Greenberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>                           Defendants. | No.: 1:08-cv-03006-UA<br><br>**NOTICE OF APPEARANCE** |

10655169.1

**PLEASE TAKE NOTICE** that the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, hereby appears as counsel for defendant Alan C. Greenberg, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
July 9, 2008

SCHULTE ROTH & ZABEL LLP

By: _____
Ronald E. Richman

ronald.richman@srz.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
*Attorneys for Defendant Alan C. Greenberg*

10655169.1

## CERTIFICATE OF SERVICE

I, Meredith W. Nachman, an attorney associated with the firm Schulte Roth & Zabel LLP, do hereby certify that on July 9, 2008, I caused to be served, by first class mail, the Notice of Appearance for Ronald E. Richman, upon the following:

Michael Chepiga, Esq.  
Simpson Thacher & Bartlett LLP  
425 Lexington Avenue  
New York, NY 10017

Lawrence B. Pedowitz, Esq.  
David B. Anders, Esq.  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019

Dated: New York, New York  
       July 9, 2008

_____  
MEREDITH W. NACHMAN

10655169.1