Jill L. Goldberg, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Defendant Alan C. Greenberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>        Defendants. | No.: 1:08-cv-03006-UA<br><br>**NOTICE OF APPEARANCE** |

10655169.1

**PLEASE TAKE NOTICE** that the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, hereby appears as counsel for defendant Alan C. Greenberg, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
July 9, 2008

SCHULTE ROTH & ZABEL LLP

By: _____
Jill L. Goldberg

jill.goldberg@srz.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
*Attorneys for Defendant Alan C. Greenberg*

10655169.1

## CERTIFICATE OF SERVICE

    I, Meredith W. Nachman, an attorney associated with the firm Schulte Roth & Zabel LLP, do hereby certify that on July 9, 2008, I caused to be served, by first class mail, the Notice of Appearance for Jill L. Goldberg, upon the following:

| | |
|---|---|
| Michael Chepiga, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Lawrence B. Pedowitz, Esq.<br>David B. Anders, Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |

Dated: New York, New York
       July 9, 2008

*[signature]*
MEREDITH W. NACHMAN